## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CRUZ ALEJANDRO
ESPINOZA-COLIN,

      Petitioner,

vs.

CINCINNATI FIELD OFFICE
DIRECTOR OF
ENFORCEMENT AND
REMOVAL OPERATIONS, U.S.
Immigration and Customs
Enforcement, *et al.*,

      Respondents.

:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:26-cv-467


District Judge Douglas R. Cole


Chief Magistrate Judge Stephanie K.
Bowman

---

### ORDER

---

Petitioner, Cruz Alejandro Espinoza-Colin, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The Clerk is **DIRECTED** to (1) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly enter notices of appearance. The parties are **ORDERED** to confer and submit a joint proposed scheduling order by May 20, 2026.

**IT IS SO ORDERED.**

May 14, 2026                                           *s/Stephanie K. Bowman*

                                                      STEPHANIE K. BOWMAN
                                                      Chief United States Magistrate Judge

2